# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00225-CV

Deborah S. Wilson, Appellant

v.

University Federal Credit Union, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GN-08-003975, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

M E M O R A N D U M   O P I N I O N

Appellant Deborah S. Wilson filed a notice of appeal on April 21, 2009, and the Clerk's record was filed on August 13, 2009.[1] On October 28, 2009, the clerk of this Court sent appellant notice that her brief was overdue and that her appeal would be dismissed for want of prosecution if she did not respond to this Court on or before November 9, 2009. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

---

[1] The court reporter for the 98th Judicial District of Travis County has informed the clerk of this Court that a reporter's record was not requested in the underlying summary judgment proceeding below.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   December 23, 2009